## FOURTH DEPARTMENT, JANUARY, 1910.

Edward Garvey, Respondent, v. Oldbury Electro-Chemical Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the 7,000 cans delivered to defendant by plaintiff between March 2 and June 21, 1899, were so delivered to and received by defendant under an agreement that defendant should pay plaintiff therefor at the rate of eighty-three dollars per 1,000, and plaintiff has been paid the full purchase price thereof; also, that the verdict, so far as it allows damages for the additional price claimed as to other cans furnished defendant by plaintiff, is contrary to and against the weight of the evidence. All concurred, except Spring, J., who voted for modification by reducing the verdict in the amount allowed for the 7,000 cans referred to, and for affirmance of the judgment as modified, together with the order; and Kruse, J., who voted for affirmance of the judgment and order.

Cornelius Ketcham, Respondent, v. James R. Ketcham and Margaret L. Ketcham, His Wife, Appellants.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground, among others, that the conclusions of law are not supported by the findings of fact.

Michael J. Maloney, Respondent, v. John B. Schwaegler, Appellant.— Verdict reduced, as of the date of the rendition thereof, by striking out the item of interest, amounting to $318.05, and judgment modified accordingly, and as so modified affirmed, together with the order, without costs of this appeal to either party. All concurred.

West Canada Lumber Company, Respondent, v. Frederick C. Stevens, Appellant.— Judgment and order affirmed, with costs. All concurred.

Clayton L. Stage, an Infant, by Delos L. Stage, His Guardian ad Litem, Respondent, v. C. Moench Sons Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the verdict was contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence. All concurred, except Kruse, J., who dissented.

Frank R. Coulby, Respondent, v. Fred Lamphere, Appellant.— Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant. All concurred.

Ralph M. Snell, Respondent, v. Niagara Paper Mills, Appellant.— Judgment modified by deducting from the verdict eighty-six dollars and twenty-seven cents as of the date of the rendition thereof, and as so modified affirmed, together with the order, without costs of this appeal to either party. All concurred.

Oren G. Staples, Appellant, v. Andrew C. Cornwall and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred.

George T. Thompson, Respondent, v. James R. McLaughlin and Others, Appellants, Impleaded with Charles D. McLaughlin.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a